IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case Nos. 4:15cr2-MW/CAS
4:17cv161-MW/CAS

JONATHAN HARRY LEE WILLIAMS,
Reg. No. 23211-017,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 73. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended motion to vacate, set aside, or correct sentence, ECF No. 68, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk also shall close the file.

**SO ORDERED on September 4, 2019.**

                                             s/Mark E. Walker        
                                             **Chief United States District Judge**